# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr221 |
| | § | (Judge Schell) |
| HEATHER STARR ALLEN | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration.  The Court has received the report of the United States Magistrate Judge pursuant to its order.

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED.**  It is further

**ORDERED** that Defendant be put on home confinement with electronic monitoring for 120 days.  Defendant is allowed to attend work, but shall abide by a curfew from 6:00 pm. to 7:00 a.m. Monday through Friday, and 6:00 p.m. to 12:00p.m. on Saturdays and Sundays.  It is finally

**ORDERED** that Defendant is to pay the costs associated with her program of electronic monitoring.

**SIGNED this the 21st day of February, 2007.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE